**Opinion issued July 7, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00444-CV

———————————

## DARRELL AKINS, Appellant

## V.

## MEMORIAL HERMANN HEALTH SYSTEM D/B/A MEMORIAL HERMANN NORTHEAST MEDICAL CENTER, Appellee

---

### On Appeal from the 157th District Court
### Harris County, Texas
### Trial Court Case No. 2015-76736

---

### MEMORANDUM OPINION

Appellant, Darrell Akins, representing that he no longer wishes to pursue the appeal, has filed a motion to dismiss the appeal. No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Further,

although the motion does not include a certificate of conference, more than ten days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Lloyd.